

# GOLDBERG SEGALLA LLP
*Attorneys at Law*

Christopher J. Belter
Partner
Direct dial 716.566.5412
cbelter@goldbergsegalla.com

665 Main Street / Suite 400
Buffalo, New York 14203-1425
716.566.5400 FAX 716.566.5401
www.goldbergsegalla.com

November 17, 2010

**VIA FACSIMILE (212-805-7942)**
Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*[handwritten note: The conf. is adjourned to Dec. 17, 2010, at 10:00 a.m.  11-17-10  AKHellerstein]*

*[stamp: RECEIVED 1/7 2010 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]*

RE: Paula Deen Enterprises, LLC et al v. Celebrity Chefs Tour, LLC, et al.
Civil Action No.: 10-cv-1529-AKH

Dear Judge Hellerstein:

Our office has been retained to represent defendants/third-party plaintiffs Celebrity Chefs Tour, LLC and Promark Productions, LLC. A copy of the Substitution of Counsel is attached. We are in the process of having former counsel execute the Substitution and will file it with the Court upon receipt.

We are writing to respectfully request an adjournment of the conference that is scheduled with Your Honor on November 19, 2010. We request this adjournment, on consent, to allow us sufficient time to acquire the file from previous counsel and obtain a clear understanding of the case.

This is our first request for an adjournment and we respectfully request that the conference be adjourned at least thirty (30) days.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Christopher J. Belter*
Christopher J. Belter

*[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/18/10]*

CJB/jlh

Cc: *via electronic mail*
Steven R. Gursky, Esq. (sgursky@olshanlaw.com)
Robert S. Meloni, Esq. (R.Meloni@m2law.net)

Philadelphia ▪ New York ▪ Buffalo ▪ Rochester ▪ Syracuse ▪ Albany ▪ White Plains ▪ Long Island ▪ Princeton ▪ Hartford
Affiliated with Studio Legale Casini, Milan and Viareggio, Italy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DEEN ENTERPRISES, LLC and<br>DEEN BROTHERS ENTERPRISES, LLC | Docket No.: 10 CV 1529 (AKH) |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL** |
| -against- | |
| CELEBRITY CHEFS TOUR, LLC and<br>PROMARK PRODUCTIONS, LLC, | |
| Defendants. | |

IT IS HEREBY Stipulated and Agreed by the undersigned that Meloni & McCaffery P.C. (Robert S. Meloni, Esq., of counsel) attorney of record for Defendants CELEBRITY CHEFS TOUR, LLC and PROMARK PRODUCTIONS, LLC, in the above-captioned action, hereby withdraws as counsel of record and that Goldberg Segalla, LLP, (Christopher J. Belter, Esq., of counsel), hereby appears for and is substituted in place and stead, as counsel of record for Defendants CELEBRITY CHEFS TOUR, LLC and PROMARK PRODUCTIONS, LLC.

DATED: November 9, 2010

MELONI & McCAFFREY, P.C.

By:_____
Robert S. Meloni (RM-8087)
Attorney Withdrawing
1515 Broadway, 11th Floor
New York, NY 10036
Tel: 212-520-6089
R.Meloni@m2law.net

GOLDBERG SEGALLA LLP

By:_____
Christopher J. Belter, Esq.
Attorney Appearing
665 Main Street, Suite 400
Buffalo, NY 14203
Tel: 716-566-5412
cbelter@goldbergsegalla.com

CELEBRITY CHEFS TOUR LLC

By: _____
Gary Ravet
President

PROMARK PRODUCTIONS

By: _____
Gary Ravet
President

STATE OF California )
COUNTY OF San Diego ) SS.:

On the 10th day of November 2010, before me, the undersigned, a Notary Public in and for said state, personally appeared Gary Ravet, personally known to me or proved to me on the basis of satisfactory evidence to be the President of Celebrity Chefs Tour LLC. whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public


EYN PACKHEISER
Commission # 1909096
Notary Public - California
San Diego County
My Comm. Expires Oct 19, 2014

STATE OF California )
COUNTY OF San Diego ) SS.:

On the 10 day of November 2010, before me, the undersigned, a Notary Public in and for said state, personally appeared Gary Ravet, personally known to me or proved to me on the basis of satisfactory evidence to be the President of Promark Productions whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public
668351.1

EYN PACKHEISER
Commission # 1909096
Notary Public - California
San Diego County
My Comm. Expires Oct 19, 2014