Case 1:10-cv-01529-AKH   Document 18   Filed 11/19/10   Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DEEN ENTERPRISES, LLC and DEEN BROTHERS ENTERPRISES, LLC<br><br>Plaintiffs,<br><br>-against-<br><br>CELEBRITY CHEFS TOUR, LLC and PROMARK PRODUCTIONS, LLC,<br><br>Defendants. | Docket No.: 10 CV 1529 (AKH)<br><br>**SUBSTITUTION OF COUNSEL**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/19/10 |

IT IS HEREBY Stipulated and Agreed by the undersigned that Meloni & McCaffery P.C. (Robert S. Meloni, Esq., of counsel) attorney of record for Defendants CELEBRITY CHEFS TOUR, LLC and PROMARK PRODUCTIONS, LLC, in the above-captioned action, hereby withdraws as counsel of record and that Goldberg Segalla, LLP, (Christopher J. Belter, Esq., of counsel), hereby appears for and is substituted in place and stead, as counsel of record for Defendants CELEBRITY CHEFS TOUR, LLC and PROMARK PRODUCTIONS, LLC.

DATED: November 9, 2010

MELONI & McCAFFREY, P.C.

By: _____
Robert S. Meloni (RM-8087)
Attorney Withdrawing
1515 Broadway, 11th Floor
New York, NY 10036
Tel: 212-520-6089
R.Meloni@m2law.net

GOLDBERG SEGALLA LLP

By: _____
Christopher J. Belter, Esq.
Attorney Appearing
665 Main Street, Suite 400
Buffalo, NY 14203
Tel: 716-566-5412
cbelter@goldbergsegalla.com

*So ordered*
*11-18-10*
*[signature]*