# MELONI & McCAFFREY, P.C.
ATTORNEYS AT LAW
1515 Broadway - 11th Floor
New York, N.Y. 10036
Facsimile: (917) 210-3758
Telephone: (212) 520-6089
www.m2law.net

ROBERT S. MELONI
THOMAS P. MCCAFFREY

Writer's Direct Telephone: (212) 520-6090
Writer's Email: R.Meloni@m2law.net

November 17, 2010

**BY FAX (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

> Re: *Paula Deen Enterprises, LLC et al v. Celebrity Chefs Tour, LLC et al
> and another action [10cv01529-AKH]*

Dear Judge Hellerstein:

In accordance with your Order dated September 29, 2010, I have conferred with Lori Marks-Esterman, counsel for Plaintiffs and Counterclaim Defendants, to confirm that there exists complete diversity of citizenship between all plaintiffs and all defendants, including the jural personalities within the LLC parties. I have listed below the names of the members of each of the named LLCs, their members, and the states where they reside and are domiciled:

Plaintiffs/Third Party Defendants

Paula Deen Enterprises, LLC – sole member is Paula Deen. Ms. Deen is a citizen of Georgia.

Deen Brothers Enterprises, LLC – members are Robert Dean and James Dean – both citizens of Georgia

Paula Deen - as noted, citizen of Georgia

Michael Groover – citizen of Georgia

Bobby Dean – as noted, citizen of Georgia

Jamie Dean - as noted, citizen of Georgia

Artists Agency, Inc. – incorporated and principal place of business in New York

[Handwritten annotation: Jurisdiction hereby confirmed. 11-18-10 /s/ AKHellerstein]

November 17, 2010
Page 2

Defendants/Third Party Plaintiffs

Celebrity Chefs Tour, LLC – sole members are Gary Ravet, Promark Productions, LLC, and Dorota Pearson, all of whom are residents of California.

Promark Productions LLC – sole members are Gary Ravet and Gary K. Ravet Children's Trust, both of whom are residents of California.

In addition, today I received confirmation from Christopher Belter of Goldberg Segalla LLP, including a substitution of attorney form, that they are substituting in place and stead of Meloni & McCaffrey PC as counsel of record for Celebrity Chefs Tours LLC and Promark Productions LLC. I attach a fully executed copy of the substitution form.

Respectfully,

MELONI & McCAFFREY, P.C.

By:_____
Robert S. Meloni

cc: Lori Marks-Esterman, Esq. (by email)
Gary Ravet (by email)
Christopher Belter, Esq. (by email)