UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULA DEEN ENTERPRISES, LLC and
DEEN BROTHERS ENTERPRISES, LLC

                Plaintiffs,

     -against-

CELEBRITY CHEFS TOUR, LLC and
PROMARK PRODUCTIONS, LLC,

                Defendants.

CELEBRITY CHEFS TOUR, LLC

                Counterclaim-Plaintiff,

     -against-

PAULA DEEN ENTERPRISES, LLC and
DEEN BROTHERS ENTERPRISES, LLC

                Counterclaim-Defendants.

CELEBRITY CHEFS TOUR, LLC

                Third Party-Plaintiff,

     -against-

PAULA DEEN, MICHAEL GROOVER, BOBBY
DEEN, JAMIE DEEN and ARTISTS AGENCY, INC.,

                Third Party-Defendants.

**Index No.: 10 CV 1529 (AKH)**

**NOTICE OF MOTION *IN LIMINE***

**MOTION BY:**      Defendant/Counterclaim-Plaintiff, Celebrity Chefs Tour, LLC

**RELIEF REQUESTED:**      An Order: (1) excluding from trial all evidence relating to or referring to: a) Gary Ravet's history with the California Bar; b) any other legal actions or outstanding judgments against Mr. Ravet; c) any warrants issued against him by any court; and d)

        any alleged history of nonpayment of debts; and (2) granting such other and further relief as the Court deems just and proper.

**SUPPORTING PAPERS:**        Memorandum of Law.

**BASIS FOR RELIEF REQUESTED:**    Fed. R. Evid. §§401, 402, 403 and 404.

DATED:  Buffalo, New York
          September 4, 2012

        **GOLDBERG SEGALLA LLP**

By:  /s/ Christopher Bopst, Esq.
        Christopher J. Belter, Esq.
        Christopher Bopst, Esq.
        *Attorneys for Celebrity Chefs Tour, LLC and Promark Productions, LLC*
        665 Main Street, Suite 400
        Buffalo, New York 14203
        Tel: (716) 566-5400
        Email: cbopst@goldbergsegalla.com